IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

LENTON FERGUSON, #1081746,

    Plaintiff,

v.                                 CIVIL ACTION NO.  7:14-cv-00108

HAROLD CLARKE, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendant:

    **Nurse Morgan**

I certify that I am admitted to practice in this Court.

May 15, 2014
Date

                              Respectfully submitted,

                              NURSE MORGAN

                              By:     s/ Kate E. Dwyre
                              Kate E. Dwyre, AAG, VSB #82065
                              Office of the Attorney General
                              Public Safety & Enforcement Division
                              900 East Main Street
                              Richmond, Virginia 23219
                              Phone:  804-786-5630
                              Fax:  804-786-4239
                              Email:  kdwyre@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2014, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: N/A

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user: Lenton Ferguson, #1081746, Red Onion State Prison, Post Office Box 970, Pound, Virginia 24279.

                                              s/ Kate E. Dwyre
Kate E. Dwyre, AAG, VSB #82065
Office of the Attorney General
Public Safety & Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: 804-786-5630
Fax: 804-786-4239
Email: kdwyre@oag.state.va.us