CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2016

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LENTON FERGUSON, | ) |
| Plaintiff, | ) Civil Action No. 7:14cv00108 |
| v. | ) |
| HAROLD CLARKE, et al., | ) |
| | ) By: Michael F. Urbanski |
| Defendants. | ) United States District Judge |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on January 5, 2016, recommending that defendants' supplemental motion for summary judgment (Dkt. #66) be granted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** that the January 5, 2016 report and recommendation (Dkt. #80) is **ADOPTED** in its entirety, defendants' supplemental motion for summary judgment (Dkt. #66) is **GRANTED**, and this matter is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The clerk is directed to send a certified copy of this ORDER to the pro se plaintiff and to counsel of record.

Entered: 01-29-2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge